IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)**<br><br>v.<br><br>RAYMOND ROSSINI<br>**Defendant(s)** | **CRIMINAL NO.** 05-82 (JAG) |

**ORDER**

The Court has reviewed Magistrate-Judge Gustavo A. Gelpi's Report and Recommendation re: **Rule 11** Proceedings (Plea of Guilty) entered June 6, 2005 (Docket No. 28) with respect to defendant Raymond Rossini. Given that no objections were filed within the prescribed time limits, the Court finds that defendant has competently and voluntarily pled guilty. Accordingly, the Court **fully adopts** the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of June, 2005.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge